**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **INGRID CAROLINA CRUZ LARIOS #A208-537-890** | **CIVIL ACTION NO. 3:26-CV-01842 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN** | **MAGISTRATE JUDGE DAVID J. AYO** |

# MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. 1] filed by *pro se* Petitioner Ingrid Carolina Cruz Larios ("Cruz Larios"), an immigration detainee at the Richwood Correctional Center in Monroe, Louisiana.

To determine whether Cruz Larios is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, THE CLERK IS DIRECTED to serve a copy of the Petition [Doc. 1] and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and
- the Warden where Petitioner is detained, by first-class mail.

IT IS ORDERED that a response to the Petition be filed within **28 days** after electronic service of the Petition and this Order, with supporting summary judgment evidence.

IT IS FURTHER ORDERED that Petitioner shall have **14 days** to reply.

After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

Signed at Lafayette, Louisiana on this 4th day of August, 2026.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE